UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**EUGENE LAMOND GUIDRY (#388376)**  **CIVIL ACTION**

**VERSUS**  **NO. 23-142-JWD-SDJ**

**JOHN BEL EDWARDS, ET AL.**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 16, 2023 (Doc. 5), to which an objection was filed and considered (Doc. 6);

**IT IS ORDERED** that this action is dismissed without prejudice, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e.[1]

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 27, 2023.

　

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings *in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."